IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| KASHAN INVESTMENT INC. § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 5:22-cv-01174-OLG |
| § | |
| DEPOSITORS INSURANCE COMPANY § | |
| *Defendant.* § | |

### JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to the Court's Scheduling Order[1] and Local Rule CV-88, Plaintiff Kashan Investment Inc. ("Plaintiff") and Defendant Depositors Insurance Company ("Defendant") (collectively, the "Parties"), file this Joint Alternative Dispute Resolution Report, respectfully showing the Court as follows:

### INFORMATION REQUIRED BY RULE CV-88

1. **Status of Settlement Negotiations.** As required by the Court's Scheduling Order, Plaintiff will submit a written offer of settlement on or before March 7, 2023. Defendant will respond on or before March 14, 2023 in accordance with the Court's Scheduling Order.

2. **Identity of the person responsible for settlement negotiations.** Plaintiff's counsel, Clare P. Rodgers, and Defendant's counsels, Patrick M. Kemp and Robert G. Wall, are responsible for settlement negotiations.

3. **Whether alternative dispute resolution is appropriate in this case.** The Parties agree ADR is appropriate for this case, and that mediation is the method most likely to result in a mutually agreeable resolution of the Parties' dispute.

---

[1] Doc. No. 8

4. **Timing for alternative dispute resolution.** The parties plan to complete mediation by the October 6, 2023 dispositive motions deadline.

5. **Name of alternative dispute resolution provider.** The parties agree to mediate with Donald R. Philbin, Jr. Mr. Philbin's phone number is (210) 212-7100, and his address is PO Box 12367 San Antonio, Texas 78212. Mr. Philbin's fee will be split equally by the parties.

Respectfully submitted,

| | |
|---|---|
| */s/ Clare P. Rodgers w/ permission PMK* | */s/ Patrick M. Kemp* |
| Clare P. Rodgers | Patrick M. Kemp |
| Texas Bar No. 24079097 | Texas Bar No. 24043751 |
| Pace Rodgers Law PLLC | pkemp@smsm.com |
| 310 W. Sunset, Suite 203 | Robert G. Wall |
| San Antonio, Texas 78209 | Texas Bar No. 24072411 |
| (210) 714-3722 | rwall@smsm.com |
| (210) 579-6679 – Facsimile | Segal McCambridge Singer & Mahoney |
| | 100 Congress Avenue, Suite 800 |
| **ATTORNEY FOR PLAINTIFF** | Austin, Texas 78701 |
| | (512) 476-7834 |
| | (512) 476-7832 - Facsimile |
| | |
| | **ATTONEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this the 6th day of February, 2023 to:

Clare P. Rodgers
Pace Rodgers Law PLLC
310 W. Sunset, Ste. 203
San Antonio, Texas 78209
crodgers@pacerodgerslaw.com

*/s/ Patrick M. Kemp*
Patrick M. Kemp