IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KASHAN INVESTMENT INC. | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 5:22-cv-01174-OLG-RBF |
| | § | |
| DEPOSITORS INSURANCE COMPANY | § | |
|    *Defendant.* | § | |

## DEFENDANT'S MOTION FOR REFERRAL TO MEDIATION

Defendant Depositors Insurance Company ("Depositors") files this Motion for Referral to Mediation, respectfully showing the Court as follows:

1. The parties mediated this case via Zoom on August 3, 2023, with Robert Scheihing as the mediator. The case did not settle at mediation.

2. During the hearing on January 3, 2024, the parties reported to the Court that there have been some continuing settlement discussions since mediation, and there was discussion of a potential second mediation. Defendant's counsel requested time for client conferral, and files this motion to advise the Court that the parties and their counsel have all agreed to a second mediation.

3. Counsel for Defendant asks the Court to allow the parties to mediate with a private mediator. Counsel for Plaintiff has confirmed the plaintiff is agreeable to a second mediation with a private mediator. Counsel for the parties have identified several mediators that are agreeable to both parties, all of whom conduct mediations by Zoom: Robert Scheihing, Sheryl O'Briant, Don Philbin, and Beth Krugler. The parties are working to identify any potential agreeable dates to schedule a Zoom mediation with any of these mediators or potentially other available mediators in the near future.

4.	Thus, Defendant asks the Court to allow the parties time to schedule a mediation with a private mediator, while allowing the parties the parties to have flexibility in the final selection of the mediator given that a significant factor is the mediator's availability on dates that will fit the schedules of all those who would appear for the mediation.

        Respectfully submitted,

        */s/ Patrick M. Kemp*
        Patrick M. Kemp
        Texas Bar No. 24043751
        pkemp@smsm.com
        Robert G. Wall
        Texas Bar No. 24072411
        rwall@smsm.com
        William Ansel M. Stroud
        Texas Bar No. 24131929
        astroud@smsm.com
        Segal McCambridge Singer & Mahoney
        100 Congress Avenue, Suite 800
        Austin, Texas 78701
        (512) 476-7834
        (512) 476-7832 – Facsimile

        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this the 16th day of January, 2024 to

    Clare P. Rodgers
    Pace Rodgers Law PLLC
    310 W. Sunset, Ste. 203
    San Antonio, Texas 78209
    crodgers@pacerodgerslaw.com

        */s/ Patrick M. Kemp*
        Patrick M. Kemp